IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY RICE, a.k.a.
ANTHONY M. WRIGHT,
    Plaintiff,
  v.
GEORGE ZOLEY; JONATHAN MINER;
S. DUNLOW; DAVID FARMER; S.
JERNIGAN; R.W. HINTON; C.L. VANN,
    Defendants.

**Judgment in a Civil Case**

Case Number: 5:11-CT-3253-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on July 20, 2012, with service on:
Anthony Rice, 6825A Riverdale Road, Apt. 102A, Riverdale, MD 20737 (via U.S. Mail)

July 20, 2012                      /s/ Julie A. Richards
                                                    Clerk