IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


ANTHONY RICE, a.k.a.
ANTHONY M. WRIGHT,
                    Plaintiff,
        v.                                          **Judgment in a Civil Case**
GEORGE ZOLEY; JONATHAN MINER;
S. DUNLOW; DAVID FARMER; S.
JERNIGAN; R.W. HINTON; C.L. VANN,
                    Defendants.                     Case Number: 5:11-CT-3253-D



**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge,
for frivolity review pursuant to 28 U.S.C. § 1915.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on July 20, 2012, with service on:
Anthony Rice, 6825A Riverdale Road, Apt. 102A, Riverdale, MD 20737  (via U.S. Mail)




July 20, 2012                               /s/ Julie A. Richards
                                            _____
                                            Clerk